UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 23, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Lifestyle Texas Management Services, LLC, et al. | § § § | |
|     Plaintiffs, | § § | |
| versus | § § | Civil Action H-19-3432 |
| Aventus Health, LLC, et al., | § § § | |
|     Defendants. | § | |

## Remand Order

This case is remanded as cause 19-47998 to the 113th district court in Harris County, Texas. (4)

Signed on September 23, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge